**FILED**

01/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0273

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 23-0273

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ZACKARY MATTHEW MAAS,

      Defendant and Appellant.

## ORDER GRANTING FIFTH EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

Upon consideration of Appellant's motion for a fifth extension of time to file his opening brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 21, 2024 within which to file his opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2024